Tekeva D. Shaw
24-CV-02217
Habitat for Humanity, etal
Amended Complaint

RECEIVED

NOV 26 2024

Wendy R Oliver, Clerk
U.S. District Court
W.D. OF TN, Memphis

## Statement of Claims:

Breach of Contract
Violation of Property Rights
Private Inurement
Violation of Privacy
Harassment / Exploitation
Violation of building codes and safety codes
Redlining

- Breach of Contract - Habitat for Humanity has breached the contract by switching out my original contract, not following through when processing a saleback - while knowing they have first right of refusal, and violating privacy rights through harassment.
- Violation of Property Rights - Their contracts discriminate on many basis that violates a homeowners rights, including the right to control the property within the framework of the law, the right to enjoyment, the right of exclusion, and the right of disposition.
- Private Inurement - As a non-profit organization, Habitat for Humanity operates too closely resembling a for-profit business. Considering the way the contracts violates property rights, it prioritizes private benefit over the public good. The organization pretends to be Realtors, appraisers, lenders and others in a homebuying

process, while excluding others. They must obide by the 1866 Civil Rights Act and the Fair Housing Act.

- <u>Violation of Privacy</u> - The home itself is rigged and has illegal monitoring. The alarm system which is installed by Ellendale Electric emits dangerous radiofrequencies, even when the power is completely out. The smoke detectors are faulty and are not battery operated even though it beeps a low battery sound. They are hardwired and still work with no power in the home. The system that they use seems to be able to connect with your brainwaves, causing them to be able to read your thoughts and mind. The organization sends people around to see if you have company or if any other occupants are there, which violates rights.

- <u>Harassment /Exploitation</u> - I recently tried to sell the home back to Habitat due to my financial situation. Instead of taking upon my offer, they insisted on getting into my personal business. They tend to act like section 8 landlords. They also have sent several people on my street to "figure me out" including other Habitat for Humanity homebuyers. They tell us to come talk to them when we have difficulties, but never offer the help that they promise to give. They refuse their homebuyers from jobs in the

organization as well as volunteer opportunities. Treva Sease attempted to diagnose me with mental illness although she is not a medical professional.

- Violation of building codes and safety codes; - It is advertised that each home owner receives a home built from the ground up. That was not the case for me. The home has only one accessible door and there is no ventilation unless you have on ceiling fans. The structure is uneven. There are patched up bullet holes, ~~that~~ were there before I moved in. There is rust on the water system and mold in the A/C closet that houses the unit that was there previously and the electrical system is faulty, causing me to almost get shocked numerously. There is also no access to an attic or basement. It is not a full house.

- Redlining - Regions has a partnership with Habitat for Humanity that was not disclosed to me. They have reached out to me to offer me promotional offers, but once they get my information, they say that I am not qualified due to the specific area that I am in. They have repeatedly harassed me although they know that I must go through Habitat for Humanity first.

Bluff City Fence Co., Allstate Insurance, Statefarm Insurance and Germantown Pest Control are all partnered with Habitat for Humanity and it was not disclosed to me, Bluff City Fence Co. installed a fence backwards and did not include all of my property, State Farm Insurance provided a home insurance quote without me giving them my home information, Allstate Insurance has engaged in harassment and offered me auto insurance just to renig and say I do not qualify because I am not old enough, and Germantown Pest Control has sprayed the lawn with chemicals that kills trees and brings weeds.

These specifications in this complaint have deprived me of my rights, time, and energy as well as compromised my credit history. I am seeking compensation for all damages in the amount of $200 million dollars.

November 26, 2024

Tekeva D. Shaw
Tekeva D. Shaw
966 Looney Avenue
Memphis, TN 38107
901-690-4686